IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANDY MILTON GARCIA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:17-CV-245 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

# ORDER

The Court has before it Respondent's Motion for Summary Judgment (Dkt. No. 27), The Memorandum and Recommendation ("M&R") of the Magistrate to whom this case was referred (Dkt. No. 29), and Petitioner's response to the summary-judgment motion (Dkt. No. 31).[1]

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R (Dkt. No. 29). The Court **GRANTS** Respondent's Motion for Summary Judgment (Dkt. No. 27), **DISMISSES** the above-captioned case, and **DENIES** Petitioner a Certificate of Appealability. Final Judgment will be entered separately. *See* FED. R. CIV. P. 58.

SIGNED this 13th day of March, 2018.

_____
Hilda Tagle
Senior United States District Judge

---

[1] Although Petitioner's "Responce [sic] to Respondents [sic] Motion for Summary Judgment" is untimely as a response to Respondent's summary-judgment motion, this Court construes the filing as a timely objection to the M&R and has reviewed it.

1 / 1